Kristin H. Jain, Esq.
Texas Bar No. 24010128
khjain@jainlaw.com
JAIN LAW & ASSOCIATES PLLC
400 North Saint Paul Street, Suite 510
Dallas, Texas  75201-6829
Telephone: (214) 446-0330
Facsimile: (214) 446-0321

*Local Counsel for NexPoint Advisors, L.P.*

Samuel A. Schwartz, Esq. (*pro hac vice* pending)
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq. (*pro hac vice* pending)
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101-5805
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Counsel for NexPoint Advisors, L.P.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |
| NEXPOINT ADVISORS, L.P., | Case No. 3:21-cv-03094-E |
| Appellant. | |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are 6725. The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850; Dallas, Texas  75201.

1

|   |
|---|
| v.<br><br>TENEO CAPITAL, LLC,<br><br>    Appellee. |

**APPELLANT NEXPOINT ADVISORS, L.P.'S DISCLOSURE STATEMENT PURSUANT TO RULE 8012 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND CERTIFICATE OF INTERESTED PERSONS PURSUANT TO RULE 8012.1 OF THE LOCAL BANKRUPTCY RULES FOR THE NORTHERN DISTRICT OF TEXAS**

Appellant NexPoint Advisors, L.P. (the "**Appellant**" or "**NexPoint**"), pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas ("**LBR**"), hereby submits the following Disclosure Statement and Certificate of Interested Persons:

1. Pursuant to Bankruptcy Rule 8012, NexPoint discloses that it is a nongovernmental corporate party. NexPoint Advisors GP, LLC is a nongovernmental corporate entity which serves as General Partner for NexPoint. No publicly held corporation owns ten percent (10%) or more of the equity interests in either NexPoint or NexPoint Advisors GP, LLC.

2. Pursuant to Bankruptcy Rule 8012, NexPoint discloses that Highland Capital Management, L.P. (the "**Reorganized Debtor**") is a nongovernmental corporate entity. Strand Advisors, Inc. is a nongovernmental corporate entity which serves as General Partner for the Reorganized Debtor. No publicly held corporation owns ten percent (10%) or more of the equity interests in either the Reorganized Debtor or Strand Advisors, Inc.

3. Pursuant to LBR 8012.1, NexPoint certifies that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities may be financially interested in the outcome of the appeal:

    a.  NexPoint;

    b.  Teneo Capital, LLC (the "**Appellee**");

    c.  the Reorganized Debtor; and

    d.  all creditors of the Reorganized Debtor.

  4.  Appellant reserves the right to amend or supplement this Disclosure Statement and Certificate of Interested Persons as and if necessary or appropriate.

  5.  Pursuant to LBR 8012.1, the names of opposing counsel and their law firm(s) in this appeal are listed below:

Matthew A. Clemente, Esq.
Illinois Bar No. 6255757
mlemente@sidley.com
Dennis M. Twomey, Esq.
Illinois Bar No. (Unknown)
dtwomey@sidley.com
Alyssa Russell, Esq.
Illinois Bar No. (Unknown)
alyssa.russell@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603-2302
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

- and -

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Penny P. Reid, Esq.
Texas Bar No. 15402570
preid@sidley.com
Paige Holden Montgomery, Esq.
Texas Bar No. 24037131
pmontgomery@sidley.com
Juliana L. Hoffman, Esq.
Texas Bar No. 24106103
jhoffman@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas  75201-3351
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

*Counsel for Appellee, Teneo Capital, LLC*

Dated: December 17, 2021.

By: */s/ Kristin H. Jain*
    Kristin H. Jain, Esq.
    Texas Bar No. 24010128
    khjain@jainlaw.com
    JAIN LAW & ASSOCIATES PLLC
    400 North Saint Paul Street, Suite 510
    Dallas, Texas  75201-6829
    Telephone: (214) 446-0330
    Facsimile: (214) 446-0321

    *Local Counsel for NexPoint Advisors, L.P.*

    - and -

    */s/ Samuel A. Schwartz*
    Samuel A. Schwartz, Esq.
    Nevada Bar No. 10985
    saschwartz@nvfirm.com
    Athanasios E. Agelakopoulos, Esq.
    Nevada Bar No. 14339
    aagelakopoulos@nvfirm.com
    SCHWARTZ LAW, PLLC
    601 East Bridger Avenue
    Las Vegas, Nevada  89101
    Telephone: (702) 385-5544
    Facsimile: (702) 442-9887

    *Counsel for NexPoint Advisors, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 17, 2021, a true and correct copy of the foregoing *Appellant NexPoint Advisors, L.P.'s Disclosure Statement Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure and Certificate of Interested Persons Pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas* was served electronically via the Court's ECF system upon all parties of interest requesting or consenting to such service in this case.

*/s/ Kristin H. Jain*
Kristin H. Jain, Esq.
Texas Bar No. 24010128
khjain@jainlaw.com
JAIN LAW & ASSOCIATES PLLC
400 North Saint Paul Street, Suite 510
Dallas, Texas  75201-6829
Telephone: (214) 446-0330
Facsimile: (214) 446-0321

*Local Counsel for NexPoint Advisors, L.P.*