IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEXTPOINT ADVISORS, LP, | § § § § § § § § § § | |
| Appellant, | | |
| | | Civil No. 3:21-CV-03094-E |
| v. | | |
| TENEO CAPITAL, LLC, | | |
| Appellee. | | |

**ORDER OF TRANSFER**

The above styled and numbered case is **TRANSFERRED** to the docket of the Honorable Ed Kinkeade for possible consolidation with case number 3:21-CV-03086-K, and shall henceforth carry the suffix letter "K."

**SO ORDERED**.

Signed January 10, 2022.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE